UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:06cr00268 (PCD) |
| | : | |
| HARRY JOHNSON | : | |

### ORDER TO SHOW CAUSE

The Defendant, Harry Johnson, moves for Reconsideration of the Court's Order denying Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense in accordance with 18 USC 3582 [Doc. No. 1357].

It is hereby ORDERED, that Counsel show cause on or before April 24, 2009, as to why Defendant Harry Johnson's Motion for Reconsideration [Doc. No. 1383] should not be granted.

SO ORDERED.

Dated at New Haven, Connecticut, April  6 , 2009.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court